S787M-00079

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JASON SMITH and CAROL SMITH,

     Plaintiffs,

vs.                                                                    Case No.: 2:22-cv-02551

STATE FARM FIRE AND CASUALTY                    **JURY DEMANDED**
COMPANY,

     Defendant.

_____

### NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §1446, Defendant, State Farm Fire and Casualty Company, hereby files this Notice of Removal removing this case from the Circuit Court of Shelby County, Tennessee, Case No. CT-2755-22, where it is currently pending, to the United States District Court for the Western District of Tennessee.  This cause is removable pursuant to 28 U.S.C. §1332, in that Plaintiffs' claims invoke the Court's diversity jurisdiction and the amount in controversy exceeds the statutorily required $75,000.00.  In support of removal, Defendant respectfully states as follows:

### <u>INTRODUCTION</u>

1.     Defendant, State Farm Fire and Casualty Company, is an Illinois corporation with its principal place of business located at One State Farm Plaza, Bloomington, IL  61710.

2.     Plaintiffs, Jason Smith and Carol Smith, are adult residents of Memphis, Shelby County, Tennessee.

3.      Plaintiffs' Complaint seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00).  See Exhibit A of Complaint, alleging losses of $84,836.32.

4.      The United States District Court for the Western District of Tennessee is the federal judicial district embracing the Circuit Court of Shelby County, Tennessee, where this suit was originally filed.  Venue is therefore proper under 28 U.S.C. §§81(b)(1) and 1441(a).

5.      Pursuant to 28 U.S.C. §1332, this civil action is removable as it invokes the federal court's diversity jurisdiction.  This Court therefore has subject matter jurisdiction over this civil action, and removal is proper.

## PROCEDURAL HISTORY

6.      Plaintiffs, Jason Smith and Carol Smith, instituted this civil action in the Circuit Court of Shelby County, Tennessee, on July 7, 2022, for breach of contract arising out an alleged property loss at their property located at 6150 Harwick Drive, Memphis, Tennessee, 38119, on July 9, 2021.

7.      State Farm Fire and Casualty Company first received the Complaint on July 29, 2022, when it was delivered to State Farm's registered agent.

8.      Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be filed with the Shelby County Circuit Court, and written notice will be provided to Plaintiff along with a copy of this pleading.

## REMOVAL IS TIMELY FILED UNDER 28 U.S.C. § 1446(b)

9.      "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been

filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. §1446.

10.    Defendant received the Complaint July 29, 2022, so pursuant to 28 U.S.C. §1446(b), this notice of removal is timely filed since it is filed on or before August 28, 2022. See Burton v. Cont'l Cas. Co., 431 F. Supp. 2d 651 (S.D. Miss. 2006); Monterey Mushrooms v. Hall, 14 F. Supp. 2d 988 (S.D. Tex. 1998); Hughes Constr. Co. v. Rheem Mfg. Co., 487 F. Supp. 345 (N.D. Miss 1980); Kurtz v. Harris, 245 F. Supp. 752 (S.D. Tex 1965).

## NON-WAIVER OF DEFENSES

11.    By removing this action from Shelby County Circuit Court, State Farm does not waive any defenses available to it.

12.    By removing this action from Shelby County Circuit Court, State Farm does not admit any of the allegations in Plaintiffs' Complaint.

**WHEREFORE, PREMISES CONSIDERED,** State Farm Fire and Casualty Company, by and through its counsel, desiring to remove this civil action to the United States District Court for the Western District of Tennessee, being the district and division for the county in which such civil action is pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiffs, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Shelby County, Tennessee, shall effect the removal of said civil action to this Honorable Court. State Farm Fire and Casualty Company demands a jury to try the issues.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

*/s/R. Kent Francis*
Christopher L. Vescovo          (BPR #14516)
R. Kent Francis                        (BPR #34239)
Suite 2900, One Commerce Square
40 S. Main Street
Memphis, TN  38103-5529
(901) 525-8721

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2022, a copy of the foregoing pleading has been delivered to the following by email and by placing a copy of same in the United States mail, postage prepaid, in a properly addressed envelope:

Jamie Elizabeth Glass
10 Burton Hills Blvd.
Suite 210
Nashville, TN 37215

*Attorney for Plaintiff*

*/s/R. Kent Francis*

11383511

4